# EXHIBIT 4

**From:** Emanuele Tosolini <etosolini@llmbarexam.com>
**Sent:** Friday, December 14, 2012 11:42 AM
**To:** Stephen Fredette; Mike Sims
**Subject:** Re: LLM BAR EXAM - FINANCIAL

Dear Mike,

I hope you are doing well. NY is starting to get cold. I guess it's really good to be living in TEXAS! I got your message yesterday. I called you back but wasn't able to reach you. I have a few appointments today but I am pretty much available as long as we coordinate.

I will be traveling outside the US next week therefore it would be best to speak today.

Let me know your availability so we can schedule a phone call.

Regards,

Emanuele


Emanuele Tosolini, Esq. | LLM BAR EXAM | 70 W 36th, Suite 12A, New York, NY 10018 | (800) 940-4914 | Cell:(310) 218-7037 | www.llmbarexam.com |

Confidentiality Notice: This electronic mail transmission may contain legally privileged and/or confidential

1

information intended for a specific individual and purpose, and is protected by law. Do not read this if you are not the person(s) named. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you received this transmission in error, please notify the sender and destroy the original transmission and its attachments without reading or saving in any manner; you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. This notice is automatically appended to each e-mail.

---

**From:** Stephen Fredette <stephen.fredette@barbri.com>
**Date:** Fri, 7 Dec 2012 03:18:02 +0000
**To:** Emanuele Tosolini<etosolini@llmbarexam.com>; Mike Sims<mike.sims@barbri.com>
**Subject:** RE: LLM BAR EXAM - FINANCIAL

Emanuele,
First, it was truly a pleasure meeting you yesterday and I am very pleased that you and Mike continued the dialogue after my early departure. I will review these materials in depth and we look forward to getting back to you as quickly as possible.

My Best,
Steve

**Stephen Fredette**
*Chairman & CEO*



9400 North Central Expressway
Suite 613
Dallas, TX 75231

(M) 203 247-0868
stephen.fredette@barbri.com

Stephen.fredette@leedsequity.com

www.barbri.com

---

**From:** Emanuele Tosolini [mailto:etosolini@llmbarexam.com]
**Sent:** Thursday, December 06, 2012 7:53 PM
**To:** Mike Sims
**Cc:** Stephen Fredette
**Subject:** LLM BAR EXAM - FINANCIAL

Dear Mike, Steve,

Please find attached a preliminary document outlining the income/profit/number of students for the year 2010/2011/2012 and projected 2013. I think that the numbers are pretty accurate however of course I can't guarantee at this stage that they are 100% correct. The purpose of the document is solely to give you a starting point for your internal discussion.

Please acknowledge receipt if this email and, if possible outline the following steps.

Warm Regards,

Emanuele

Emanuele Tosolini, Esq. | LLM BAR EXAM | 70 W 36th, Suite 12A, New York, NY 10018 | (800) 940-4914 | Cell:(310) 218-7037 | www.llmbarexam.com |

Confidentiality Notice: This electronic mail transmission may contain legally privileged and/or confidential information intended for a specific individual and purpose, and is protected by law. Do not read this if you are not the person(s) named. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you received this transmission in error, please notify the sender and destroy the original transmission and its attachments without reading or saving in any manner; you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. This notice is automatically appended to each e-mail.

---

**From:** Mike Sims [mike.sims@barbri.com]
**Sent:** Wednesday, December 05, 2012 6:21 PM
**To:** Emanuele Tosolini
**Cc:** Stephen Fredette
**Subject:** NDA

Emanuele,

Both Steve and I thoroughly enjoyed meeting you today. I especially appreciated the opportunity to speak further with you and to explore a path forward for us. To that end, please find attached the NDA we discussed. If the terms are acceptable, please sign and return a copy to me.

Once that is done, I look forward to receiving the numbers we discussed. With that we can begin what will hopefully be a speedy and mutually beneficial negotiation.

Best regards,

Mike